# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:21-cv-01778-TWR-BLM<br><br>(Honorable Todd W. Robinson )<br><br>[PROPOSED] ORDER SUBSTITUTING DEFENDANT<br><br>Complaint Filed:  10/15/21 |

INSHAW & CULBERTSON LLP
50 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

[PROPOSED] ORDER SUBSTITUTING DEFENDANT
Case No. 3:21-cv-01778-TWR-BLM
1046442\309702232.v1

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause appearing therefore, Unum Life Insurance Company of America shall be substituted in as the sole defendant in this case, in place of Provident Life and Accident Insurance Company. All prior references to Provident Life and Accident Insurance Company in the parties' pleadings filed to date will be deemed to be references to Unum Life Insurance Company of America for purposes of the litigation of this action.

**IT IS SO ORDERED.**

DATED: Dec. 10, 2021

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE

INSHAW & CULBERTSON LLP
50 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1

[PROPOSED] ORDER SUBSTITUTING DEFENDANT
Case No. 3:21-cv-01778-TWR-BLM
1046442\309702232.v1